WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 OCT 22 13:49 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JERRY NOLAN,**                      CV # 08-1111-MO

    Plaintiff,

vs.                                          ORDER

**COMMISSIONER of Social Security,**

    Defendant.

    Attorney fees in the amount of $5,500.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this 21 day of Oct, 2009.

                                       /s/ Michael W. Mosman
                                       United States District Judge

Submitted on October 19, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1